177 A.3d 124

DIRECT COAST TO COAST, LLC AND SELECTIVE TRANSPORTA-
TION CORPORATION, PLAINTIFFS-PETITIONERS, v. JOSEPH
PETERSON, INDIVIDUALLY AND AS AN AGENT OF THE
BANFIELD GROUP, LLC, DEFENDANT-RESPONDENT, AND
LISA MARIE HARRISON, INDIVIDUALLY, AND AS AN
AGENT OF THE BANFIELD GROUP, LLC AND JERRY KET-
EL, INDIVIDUALLY AND AS AN AGENT OF THE BANFIELD
GROUP, LLC, DEFENDANTS.

C–429 September Term 2017
079901

December 13, 2017

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–001384–14
having been submitted to this Court, and the Court having consid-
ered the same;

It is ORDERED that the petition for certification is denied,
with costs.